```
1  BENJAMIN B. WAGNER
   United States Attorney
2  YASIN MOHAMMAD
   KEVIN P. ROONEY
3  Assistant U.S. Attorneys
   4401 Federal Building
4  2500 Tulare St.
   Fresno, CA 93721
5  (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00395-AWI-BAM |
| Plaintiff, | PRELIMINARY ORDER OF FORFEITURE |
| v. | |
| ERIC TORRES, | |
| Defendant. | |

Based upon the entry of plea entered by defendant Eric Torres, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), defendant Eric Torres' interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

   a. Harrington & Richardson, Topper 88, sawed-off shotgun, measuring 19¾ inches in overall length with a shortened barrel measuring 12¾ inches, Serial No. AX415770.

2. The above-listed asset constitutes a firearm involved in or used in a knowing violation of 26 U.S.C. §§ 5841, 5861(d), and 5871.

3. Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.

The aforementioned property shall be seized and held by the United States Marshals Service and/or the Bureau of Alcohol, Tobacco, Firearms and Explosives in its secure custody and control.

4. a. Pursuant to 28 U.S.C. § 2461(c), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendant, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), in which all interests will be addressed.

IT IS SO ORDERED.

Dated: January 4, 2013

UNITED STATES DISTRICT JUDGE

Preliminary Order of Forfeiture

2