BENJAMIN B. WAGNER
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
(559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:12-CR-00395-AWI |
| Plaintiff, | FINAL ORDER OF FORFEITURE |
| v. | |
| ERIC TORRES, | |
| Defendant. | |

WHEREAS, on January 7, 2013, the Court entered a Preliminary Order of Forfeiture, pursuant to the provisions of 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), based upon the plea agreement entered into between plaintiff and defendant Eric Torres, in the following property:

      a.  Harrington & Richardson, Topper 88, sawed-off shotgun, measuring 19¾ inches in overall length with a shortened barrel measuring 12¾ inches, Serial No. AX415770.

AND WHEREAS, beginning on January 27, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days

Final Order of Forfeiture

1

from the first day of publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture is hereby entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 26 U.S.C. § 5872, 49 U.S.C. § 80303, and 28 U.S.C. § 2461(c), to be disposed of according to law, including all right, title, and interest of Eric Torres.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Bureau of Alcohol, Tobacco, Firearms and Explosives shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

Dated: September 9, 2013

_____
SENIOR DISTRICT JUDGE